IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| Giselle Evonne Bradley | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:15-cv-02234-JAR-KMH |
| | ) | |
| vs. | ) | |
| | ) | |
| Equifax Information Services, LLC | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |

**STIPULATION AND JUDGEMENT OF DISMISSAL WITH PREJUDICE OF ALL PLAINTIFF'S CLAIMS AGAINST DEFENDANT EQUIFAX INFORMATION SERVICES, LLC**

COMES NOW Plaintiff and Defendant, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, to agree and stipulate to the dismissal WITH PREJUDICE of the above-captioned action, including all of Plaintiff's claims against Defendant Equifax Information Services, LLC. Each party further agrees to bear its respective costs and attorney fees.

By: /s/ Chelsea S. Springer
The Law Offices of Tracy L. Robinson, LC
Chelsea S. Springer #20522
1125 Grand Blvd, Suite 1300
Kansas City, MO 64106
Phone: (816) 842-1317
Fax:    (816) 842-0315
Email: admin@tlrlaw.com
Attorney for Plaintiff

By: /s/ Guillermo G. Zorogastua
Guillermo G. Zorogastua #23556
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Phone: (816) 753-1000
Fax: (816) 753-1536
Email:gzorogastua@polsinelli.com
Attorney for Defendant
Equifax Information Services, LLC

**SO ORDERED.**

1